UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT THOMAS GUTHRIE,

        Plaintiff,

v.

SNOHOMISH COUNTY, et al.,

        Defendants.

Case No. C15-0036-JLR

ORDER DISMISSING ACTION

    The Court, having review the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    This action is DISMISSED as duplicative of the action proceeding under case number C15-31-RSL-BAT; and

    (3)    The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

    DATED this 27th day of February, 2015.

                                          JAMES L. ROBART
                                        United States District Judge

ORDER DISMISSING ACTION - 1